NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
William Carlon
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115

ATTORNEY(S) FOR: Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Waterkeeper<br>Plaintiff(s),<br>v.<br>Pankl Aerospace Systems<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-11356<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff, Los Angeles Waterkeeper or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Los Angeles Waterkeeper | No pecuniary interests to report. |

September 30, 2026
Date

/s/ William Carlon
Signature

Attorney of record for (or name of party appearing in pro per):

Los Angeles Waterkeeper